1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Litigation Counsel, Civil Division
6  JENNIFER LEE TARN, CSBN 240609
7  Special Assistant United States Attorney
   Office of the General Counsel
8  Social Security Administration
9  6401 Security Boulevard
10 Baltimore, MD 21235
   Telephone: (510) 970-4861
11 Email: Jennifer.Tarn@ssa.gov
12
13 Attorneys for Defendant

14                UNITED STATES DISTRICT COURT
15                CENTRAL DISTRICT OF CALIFORNIA
16                       WESTERN DIVISION

17 DIEGO GUZMAN,                    ) Case No. 2:24-cv-07082-TJH-PD
18        Plaintiff,                )
                                    ) **JUDGMENT  [JS-6]**
19                                  )
          v.                        )
20                                  )
                                    )
21 MARTIN O'MALLEY,                 )
   Commissioner of Social Security, )
22                                  )
          Defendant.                )
23 _____  )

24
25
26
27
28

-1-

1 | The Court having approved the parties' stipulation to remand this case
2 | pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
3 | with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
4 | entered for Plaintiff.

DATED: OCTOBER 29, 2024

*/s/ Terry J. Hatter, Jr.*
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

-2-