# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| DIEGO GUZMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHELLE A. KING,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-07082-TJH-PD<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that attorney fees under Equal Access to Justice Act, in the amount of ONE THOUSAND EIGHT HUNDRED AND FIFTY DOLLARS ($1,850.00), are awarded to Plaintiff, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated: February 3, 2025

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE